UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF SOUTH, DAKOTA; KEN SANTEMA, State Chair of the Libertarian Party of South Dakota; BOB NEWLAND; CONSTITUTION PARTY OF SOUTH DAKOTA; LORI STACEY, State Chair of the Constitution Party of South Dakota; JOY HOWE; | ) ) ) ) ) ) ) ) ) | Civ. No. 15-4111 |
| Plaintiffs, | ) ) | MOTION TO DISMISS AND ALTERNATIVE MOTION TO CHANGE VENUE |
| v. | ) ) | |
| SHANTEL KREBS, in her official Capacity as Secretary of State of South Dakota; and MARTY JACKLEY, in his official capacity as Attorney General of South Dakota | ) ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW, the above named Defendants and move to dismiss for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) as this claim is not ripe for the Court's review. Defendants alternatively move for a change of venue from the Southern Division to the Central Division pursuant to 28 U.S.C. § 1404. Defendants supporting arguments are set forth in the brief accompanying this motion pursuant to D.S.D. Civ. LR 7.1 B.

Dated this 9th day of July, 2015.

/s/  *Ellie J. Bailey*
Ellie J. Bailey
Assistant Attorney General
1302 E. Hwy 14, Suite 1
Pierre, SD  57501-8501
Telephone: (605) 773-3215
Email: Ellie.Bailey@state.sd.us

1

2

**Certificate of Service**

      I hereby certify that on the 9th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                        */s/ Ellie Bailey*
                                                        Ellie J. Bailey
                                                        Assistant Attorney General