UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF SOUTH, DAKOTA; KEN SANTEMA, State Chair of the Libertarian Party of South Dakota; BOB NEWLAND; CONSTITUTION PARTY OF SOUTH DAKOTA; LORI STACEY, State Chair of the Constitution Party of South Dakota; and JOY HOWE; | ) ) ) ) ) ) ) ) ) | Civ. No. 15-4111-KES |
| Plaintiffs, | ) ) | MOTION FOR SUMMARY JUDGMENT |
| v. | ) ) | |
| SHANTEL KREBS, in her official Capacity as Secretary of State of South Dakota; and MARTY JACKLEY, in his official capacity as Attorney General of South Dakota, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 56(a), Defendants, by and through their attorney of record, hereby move this Court for summary judgment. Plaintiffs allege under 42 U.S.C. § 1983 that the requirements set forth in SDCL 12-5-1 violates their constitutional rights. As set forth in the accompanying Brief in Support of Summary Judgment, the Statement of Undisputed Material Facts, affidavit, and exhibits, there are no material facts in dispute and Defendants are entitled to judgment as a matter of law. Accordingly, Defendants move the Court for entry of judgment in their favor and against Plaintiff.

Dated this 3rd day of March, 2016.

/s/ *Ellie J. Bailey*
Ellie J. Bailey
Assistant Attorney General
1302 E. Hwy 14, Suite 1
Pierre, SD  57501-8501
Email: Ellie.Bailey@state.sd.us
Telephone: (605) 773-3215