IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF SOUTH DAKOTA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 4:15-4111-KES |
| SHANTEL KREBS, et al., | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs hereby respectfully move this Honorable Court for Summary Judgment pursuant to Rule 56(a), F. R. Civ. P. on the grounds that SDCL §§ 12-5-1 and 12-5-21 violate Plaintiffs' First and Fourteenth Amendment rights.  The evidence shows that there is no genuine dispute as to any material fact and that the movants are entitled to judgment as a matter of law for reasons set forth in an accompanying brief.

Respectfully submitted this 27th day of July, 2017.

/s/ M. Laughlin McDonald
ACLU Foundation
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
T/404-500-1235
F/404-565-2886
Lmcdonald@aclu.org

/s/ Stephen L. Pevar
ACLU Foundation
765 Asylum Avenue
Hartford, CT 06105
T/860-570-9830
F/860-570-9840
spevar@aclu.org

/s/ Brendan V. Johnson
Robins Kaplan, LLP
101 S. Main Street, Suite 100
Sioux Falls, South Dakota 57104
T/605-335-1300
F/612/339-4181
Bjohnson@robinskaplan.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2016, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which sent a notice of electronic filing to the following persons:

Steven Blair          steven.blair@state.sd.us
Matthew Naasz         matthew.naasz@state.sd.us
Ann Mines-Bailey      ann.mines-bailey@state.sd.us

/s/ Stephen L. Pevar
Stephen L. Pevar